UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBERT CLARKE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil No.: |
| ) | 3:10-cv-238 |
| REGENT ASSET MANAGEMENT SOLUTIONS, INC., ET ALS. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

COMES NOW the Plaintiff, by counsel, and moves for entry of judgment by default against Defendants Regent Asset Management Solutions, Inc. and D. Scott Carruthers and Associates, LLC, jointly and severally, for the reasons set forth in the memorandum of law filed contemporaneously herewith.

Respectfully submitted,
**ROBERT CLARKE**

By: /s/
Of Counsel

MATTHEW J. ERAUSQUIN, VSB#65434
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:    703-273-7770
Fax:   888-892-3512
matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of August, 2010, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

And I hereby certify that I will mail the document to the following non-filing users:

Regent Asset Management Solutions, Inc.
7290 Samuel Drive, Suite 300
Denver Colorado 80221

D. Scott Carruthers and Associates, LLC
8448 Katella Avenue
Stanton, CA 90680

                                             /s/
                          Matthew J. Erausquin, VSB#65434
                          Counsel for the Plaintiff
                          Consumer Litigation Associates, P.C.
                          1800 Diagonal Road, Suite 600
                          Alexandria, VA  22314
                          Tel:    703-273-7770
                          Fax:   888-892-3512
                          matt@clalegal.com